Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
ROMAN TREJO

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  ROMAN TREJO,  Defendant | Case No.: CR 11-151 CW  STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS |

    The parties hereby stipulate and agree that Mr. Trejo's release conditions should be modified to delete the requirement that Mr. Trejo adhere to a voice curfew between 10:00 p.m. to 6:00 a.m.  Mr. Trejo's pretrial services officer Gelareh Farahmand does not object to deletion of that condition of release.

//

SO STIPULATED:

Dated: February 14, 2012                           _____/s/_____
                                                   Adam Pennella
                                                   Counsel for Roman Trejo


Dated: February 14, 2012                           MELINDA HAAG
                                                   UNITED STATES ATTORNEY


                                                   _____/s/_____
                                                   Karen Beausey
                                                   Assistant United States Attorney

SO ORDERED:

Dated:  2/29/2012
                                                   _____
                                                   Honorable Donna M. Ryu
                                                   United States Magistrate Judge

[GRANTED — signed Judge Donna M. Ryu, United States District Court, Northern District of California seal]